# EXHIBIT A

## COMMONWEALTH OF MASSACHUSETTS
## COMMISSION AGAINST DISCRIMINATION

From:  The Harbor Law Group
Shehzad Rajwani, Esq.
300 West Main Street
Building A, Unit 1
Northborough, MA 01532

To:  Massachusetts Commission Against Discrimination
455 Main St., Room 101
Worcester, MA 01608

Re:  Angela Smith vs. Northborough Public Schools

MCAD Docket Number: 12WEM02415; EEOC No: 16C-2012-02456

Dear Commissioner:

I hereby request permission to withdraw my complaint filed with this Commission and if applicable, from the Equal Employment Opportunity Commission, for the following reason:

(X)  I wish to file a private right of action in civil court.

( )  I have reached a satisfactory settlement with the Respondent.

( )  I no longer intend to pursue this matter at the Commission.

Authorization for this request is indicated by the following <u>Certification of Withdrawal by Complainant</u>, OR <u>Certification of Authorization to Withdraw by Counsel</u>.

---

<u>Certification of Withdrawal by Complainant</u>

I have been advised that it is unlawful for any person or persons to threaten, intimidate, or harass me because I filed a complaint. I have not been coerced into requesting this withdrawal.

_____                    _____
Date                                Complainant's signature

                                    _____
                                    Print Name

---

<u>Certification of Authorization to Withdraw by Counsel</u>

I have been authorized as Counsel of Record for the Complainant and have the authority and permission to sign for the Complainant in this matter. I have advised the Complainant that it is unlawful for any person or persons to threaten, intimidate, or harass him/her because s/he filed a complaint. Complainant has represented that s/he has not been coerced into requesting this withdrawal.

_10-9-14_                           _____
Date                                Attorney signature

                                    SHEHZAD RAJWANI
                                    Print Name

---

MCAD Withdrawal Form May 2010

## INVESTIGATIVE DISPOSITION

| | |
|---|---|
| Case Name: | Angela Smith v. Northborough Public Schools |
| MCAD Docket No.: | 12WEM02415 |
| EEOC Docket No.: | 16C-2012-02456 |
| No. of Employees: | 25+ |
| Investigator: | Korey Thiffault, Compliance Officer |

Introduction

On September 7, 2012, Complainant filed a charge against Respondent Northborough Public Schools alleging discrimination based on disability (PTSD) and retaliation, in violation of M.G.L. Chapter 151B, Section 4, Paragraphs 4 and 16, and the Americans with Disabilities Act, as amended.

Conclusion

While the investigation was pending, Complainant wishes to file a private right of action in court.


Korey Thiffault
Investigator

Maryann Brunton
Supervisor

The Commonwealth of Massachusetts
Commission Against Discrimination
436 Dwight Street, Rm. 220, Springfield, MA 01103
Phone: (413) 739-2145 Fax: (413) 784-1056

- DISMISSAL and NOTIFICATION of RIGHTS -

| To: | Angela R. Smith<br>72 Lakeshore Drive<br>Ashburnham, MA 01430 | Case: Angela Smith v. Northborough Public Schools<br>MCAD Docket Number: 12WEM02415<br>EEOC Number: 16C-2012-02456<br>Investigator: Korey Thiffault |
|---|---|---|

Your complaint has been dismissed for the following reasons:

[ ]   The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]   Respondent employs less than the required number of employees.

[ ]   Your complaint was not timely filed with the Commission, i.e. you waited too long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ]   You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]   The Commission's efforts to locate you have been unsuccessful. You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ]   The Respondent has made a reasonable settlement, offering full relief for the harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]   The Commission issues the following determination. Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this complaint.

[X]   Other: Complainant wishes to file a private action in civil court.

_Jamie Williamson_                                              Date   10/10/14
Jamie Williamson
Investigating Commissioner

Cc:

The Harbor Law Group
Shehzad Rajwani, Esq.
300 West Main Street
Building A, Unit 1
Northborough, MA 01532

Brody, Hardoon, Perkins & Kesten, LLP
Leonard H Kesten, Esq.
Thomas R. Donahue, Esq.
One Exeter Plaza
Boston, MA 02116

Northborough Public Schools
Human Resources/Legal Department
53 Parkerville Road
Southborough, MA 01772